**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

EDUARDO SUAREZ VILLA,                                    Civil No. 24-1584 (JRT/DLM)

         Petitioner,

v.                                                                    **ORDER ADOPTING REPORT**
                                         **AND RECOMMENDATION**

UNITED STATES OF AMERICA,

         Respondent.

---

Eduardo Suarez Villa, Reg. No. 14961-104, FMC Rochester, PMB 4000, Rochester, MN 55903, *pro se* petitioner.

Ana H Voss, Emily Peterson, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for respondent.

United States Magistrate Judge Douglas L. Micko filed a Report and Recommendation ("R&R") on May 15, 2024. (ECF No. 5.) No objections have been filed to that R&R in the time permitted.

Based on the R&R of the Magistrate Judge, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1.     The May 15, 2024 Report and Recommendation (ECF No.5) is **ADOPTED**; and

2.     This matter is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

2

Date: June 25, 2024                          s/John R. Tunheim
at Minneapolis, Minnesota              JOHN R. TUNHEIM
                                                    United States District Judge